SILVERIUS KOELLHOFFER, Respondent, *v.* HENRY HILLEBRAND, Appellant, and CHARLES H. SCHNEIDER et al., Respondents, Impleaded with Others.

Reported below, 144 App. Div. 915.
(Argued October 2, 1911; decided October 10, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 19, 1911, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover damages alleged to have been occasioned plaintiff by fraudulent representations of defendants.

The motion was made upon the grounds that the Appellate Division had unanimously affirmed the judgment appealed from; that no question of law was involved and that the exceptions were frivolous.

*Fred L. Gross* for motion.

*Joab H. Banton* opposed.

Motion denied, with ten dollars costs.

---

JEFFREY SMITH, Appellant, *v.* WILLIAM GEIGER, Respondent.

(Submitted October 2, 1911; decided October 10, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 202 N. Y. 306.)